193

(No. 75-CC-70—)

KENNETH SOKOL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed December 4, 1974.*

KENNETH SOKOL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-144—)

JEFFERY PHARMACY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 4, 1974.*

JEFFERY PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.